LOCOMOBILE CO. OF AMERICA v. NICHOLS. (No. 8.)

(Supreme Court, Appellate Division, First Department. February 26, 1915.)

APPEAL AND ERROR (§ 417*)—NOTICE OF APPEAL—SUFFICIENCY.

When an appeal is allowed from the Appellate Term by the justices thereof, or by a justice of the Appellate Division, a notice of appeal, specifically setting forth the determination and the order duly entered thereon, is sufficient.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2140–2143; Dec. Dig. § 417.*]

Action by the Locomobile Company of America against Edwin Nichols. Judgment dismissing the complaint in the City Court was reversed by the Appellate Term (84 Misc. Rep. 44, 145 N. Y. Supp. 941), and defendant appeals by permission (150 N. Y. Supp. 1093). On motion to dismiss appeal. Denied.

Argued before CLARKE, LAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

W. W. Niles, of New York City, for the motion.

Tipple & Plitt, of New York City, opposed.

PER CURIAM. It is settled in this department that when an appeal is allowed from the determination of the Appellate Term by the justices thereof, or a justice of this court, a notice of appeal specifically setting forth the determination and the order duly entered thereon is sufficient.

The motion to dismiss the appeal is denied, with $10 costs.